| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>**Mona Patel**<br>**12223 Highland Avenue, Suite 106-830**<br>**Rancho Cucamonga, CA 91739**<br>**888-523-9121 Fax:  909-366-5004**<br>**263114**<br>**BK@lawladyjustice.com**<br><br>☐ *Individual appearing without attorney*<br>☑ *Attorney for Movant* | FOR COURT USE ONLY |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA ||
| In re:<br><br>    **George R Holguin**<br>    **Graciela E Holguin**<br><br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: **7** |
| | **DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)] |
| | [No hearing Required] |

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

Declaration of Debtor 1

1. ☑ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date (Check only ONE box below):**

    ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

    ☑ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  **May 23, 2017**          **George R Holguin**                    _/s/ George R. Holguin_
                                  Printed name of Debtor 1                Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Declaration of Debtor 2 (Joint Debtor) (if applicable)

2. ☑ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

**During the 60-day period before the Petition Date (Check only ONE box below):**

☑ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.)

☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date:  May 23, 2017                          Graciela E Holguin                        *[signature]*
                                             Printed name of Debtor 2                  Signature of Debtor 2

## Orange County Superintendent of Schools

| Employee Name | District Name | Check Number |
|---|---|---|
| HOLGUIN, GRACIELA E | 012 - CENTRALIA SCHOOL DISTRICT | DIRECT DEPOSIT |

| Employee ID | Pay Site | Sequence Number | Federal: | Marital Status | Exemption | | Additional Amount | |
|---|---|---|---|---|---|---|---|---|
| 1200000587 | | 35220 | | SINGLE | 0 | | 0.00 | |

| Payroll Number | Payroll Issue Date | Payroll Ending Date | State: | Marital Status | Exemption | Extra Exemption | Additional Amount | |
|---|---|---|---|---|---|---|---|---|
| 10B | 05-10-2017 | 04-30-2017 | | SINGLE | 0 | 0 | 0.00 | |

Important Message

### Hours and Earnings

| Description | Rate of Pay | Hours/Units | Earnings |
|---|---|---|---|
| HRLY/DAY/MO | 23.5470 | 100.000 | 2,354.70 |

### Tax Deductions

| Tax Description | Current Amount | Calendar Year-To-Date |
|---|---|---|
| FEDERAL | 247.36 | 1,170.76 |
| STATE | 30.28 | 147.39 |
| OASDI | 145.99 | 700.61 |
| MEDICARE | 34.14 | 163.85 |
| STATE DISABILITY INS | | |
| TOTAL: | 457.77 | |

### Pre-Tax Retirement

| Current | Calendar Y-T-D | Fiscal Y-T-D | E.P.M.C. Current | Summer Deferral Fiscal Y-T-D |
|---|---|---|---|---|
| 164.83 | 791.01 | 1,394.89 | | |
| Retirement Redeposit | | Alt Fiscal Y-T-D | | |

CURRENT GROSS PAY: 2,354.70
YEAR-TO-DATE GROSS PAY: 11,300.14

### Pre-Tax Deductions

| Description | Amount |
|---|---|

### Other Deductions

| Description | Amount |
|---|---|
| C.S.E.A. DUES/FEES | 2.00 |
| C.S.E.A. CHAPTER #136 | 1.00 |
| C.S.E.A. STATE DUES | 35.32 |

CURRENT TOTAL:
YEAR-TO-DATE TOTAL:
TOTAL: 38.32

| | Gross Pay | Pre-Tax Deductions | Pre-Tax Retirement | Other Deductions | Tax Deductions | Advanced Earned Income Credit | ESA Gross Advance | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 2,354.70 | | 164.83 | 38.32 | 457.77 | | | 1,693.78 |

## Orange County Superintendent of Schools

| Employee Name | District Name | | Check Number |
|---|---|---|---|
| HOLGUIN, GRACIELA E | 012 - CENTRALIA SCHOOL DISTRICT | | DIRECT DEPOSIT |

| Employee ID | Pay Site | Sequence Number | Federal: | Marital Status | Exemption | | Additional Amount | |
|---|---|---|---|---|---|---|---|---|
| 1200000587 | | 34966 | | SINGLE | 0 | | 0.00 | |
| Payroll Number | Payroll Issue Date | Payroll Ending Date | State: | Marital Status | Exemption | Extra Exemption | Additional Amount | |
| 09B | 04-10-2017 | 03-31-2017 | | SINGLE | 0 | 0 | 0.00 | |

Important Message

### Hours and Earnings

| Description | Rate of Pay | Hours/Units | Earnings |
|---|---|---|---|
| HRLY/DAY/MO | 23.0850 | 90.000 | 2,077.65 |

### Tax Deductions

| Tax Description | Current Amount | Calendar Year-To-Date |
|---|---|---|
| FEDERAL | 208.71 | 923.40 |
| STATE | 24.61 | 117.11 |
| OASDI | 128.81 | 554.62 |
| MEDICARE | 30.13 | 129.71 |
| STATE DISABILITY INS | | |
| TOTAL: | | 392.26 |

### Pre-Tax Retirement

| Current | Calendar Y-T-D | Fiscal Y-T-D | E.P.M.C. Current | Summer Deferral Fiscal Y-T-D |
|---|---|---|---|---|
| 145.44 | 626.18 | 1,230.06 | | |
| Retirement Redeposit | | Alt Fiscal Y-T-D | | |

CURRENT GROSS PAY: 2,077.65
YEAR-TO-DATE GROSS PAY: 8,945.44

### Pre-Tax Deductions

| Description | Amount |
|---|---|

### Other Deductions

| Description | Amount |
|---|---|
| C.S.E.A. DUES/FEES | 2.00 |
| C.S.E.A. CHAPTER #136 | 1.00 |
| C.S.E.A. STATE DUES | 31.16 |
| TOTAL: | 34.16 |

CURRENT TOTAL:
YEAR-TO-DATE TOTAL:

| | Gross Pay | Pre-Tax Deductions | Pre-Tax Retirement | Other Deductions | Tax Deductions | Advanced Earned Income Credit | ESA Gross Advance | NET PAY |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 2,077.65 | | 145.44 | 34.16 | 392.26 | | | 1,505.79 |